693 A.2d 482

IN THE MATTER OF BEATRIZ E. MEZA–RUIZ, AN ATTORNEY AT LAW.

May 28, 1997.

**ORDER**

The Office of Attorney Ethics having filed a petition with the Supreme Court requesting that **BEATRIZ E. MEZA–RUIZ** of **CLIFTON,** who was admitted to the bar of this State in 1994, be immediately temporarily suspended from the practice of law, and respondent having consented to an immediate temporary suspension, and good cause appearing;

It is ORDERED that **BEATRIZ E. MEZA–RUIZ** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **BEATRIZ E. MEZA–RUIZ** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **BEATRIZ E. MEZA–RUIZ** be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20 dealing with suspended attorneys.